IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MC-062-KDB-DCK

| KOMPAN A/S, and KOMPAN INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CUNNINGHAM ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel T. Richmond McPherson III on June 13, 2024.

Applicant Ronald H. Spuhler seeks to appear as counsel *pro hac vice* for Respondent Cunningham Associates, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Ronald H. Spuhler is hereby admitted *pro hac vice* to represent Respondent Cunningham Associates, Inc.

**SO ORDERED**.

Signed: June 13, 2024

David C. Keesler
United States Magistrate Judge