IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MC-062-KDB-DCK

| | |
|---|---|
| KOMPAN A/S, and KOMPAN INC., | ) |
| Plaintiffs, | ) **ORDER** |
| v. | ) |
| CUNNINGHAM ASSOCIATES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Local Counsel Alexandra S. Davidson on June 17, 2024.

Applicant Henry I. Willett III seeks to appear as counsel *pro hac vice* for Movants Kompan A/S and Kompan, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Henry I. Willett III is hereby admitted *pro hac vice* to represent Movants Kompan A/S and Kompan, Inc.

**SO ORDERED**.

Signed: June 17, 2024

David C. Keesler
United States Magistrate Judge